Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
100 North City Parkway, Ste. 1560
Las Vegas, Nevada 89106
Telephone: +1 702 868 2600
Facsimile: 1 702 868 2601
e-mail: dcanderson@duanemorris.com
dbheidtke@duanemorris.com

Attorneys for Defendant GEICO Secure Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAYLENE NAVA, an Individual, as Assignee of NYLNN N. MILES,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO SECURE INSURANCE COMPANY, and DOES I-X, unknown persons, ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01859-GMN-BNW<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jaylene Nava and Defendant GEICO SECURE Insurance Company (collectively, the "Parties"), hereby agree, stipulate, and jointly request that this Court enter a dismissal with prejudice of this case, in its entirety. Each of the Parties shall bear their own fees, court costs and attorneys' expenses.

Dated this 27th day of November, 2023.

| LAW OFFICES OF DAVID SAMPSON | DUANE MORRIS LLP |
|---|---|
| By: _/s/ David Sampson_<br>David Sampson<br>Attorneys for Plaintiff | By: _/s/ Daniel B. Heidtke_<br>Daniel B. Heidtke<br>Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**
Dated this __28__ day of November, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT